**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Criminal No.: 22-CR-365 (CJN)** |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **BRIAN MIGLIORE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR UNSEALING OF CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal the above-referenced case. In support of this motion, the Government states as follows:

1. The defendant is charged with Conspiracy to Distribute 5 Grams or More of Methamphetamine and a Detectable Amount of Oxycodone and Morphine in violation of 21 U.S.C. Section 846.

2. The defendant was arrested in the Eastern District of New York late in the evening of November 14, 2022. He is scheduled to have his initial appearance there this morning. The case should be unsealed so that copies of the indictment and arrest warrant may be distributed to defense counsel and the other appropriate parties.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant the instant motion. A proposed order is attached.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney.
D.C. Bar No. 481052

Date: November 15, 2022

By: _*/s/ Nihar R. Mohanty*________________

Nihar R. Mohanty
Assistant United States Attorney
D.C. Bar No. 436-686
601 D Street, N.W., Fifth Floor]
Washington, DC 20530
Voice: (202) 252-7700
E-mail: Nihar.Mohanty@usdoj.gov