**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Criminal No.: 22-CR-365 (CJN)** |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **BRIAN MIGLIORE,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Government's Motion to Unseal and the entire record, it is hereby ordered that this case is unsealed.

Date: November 15, 2022

G. MICHAEL HARVEY
Magistrate Judge for the District of Columbia