AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00365 |
|  | ) Assigned To : Nichols, Carl J. |
| BRIAN PATRICK MIGLIORE | ) Assign. Date : 11/10/2022 |
|  | ) Description: Indictment (B) |
|  | ) Related Case: 22-cr-257 (CJN) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN PATRICK MIGLIORE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, OXYCODONE, AND MORPHINE;
FORFEITURE: 21 U.S.C. § 853(a), (p)

Date: 11/10/2022

G. Michael Harvey
2022.11.10
15:20:58 -05'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/14/2022, and the person was arrested on *(date)* 11/14/2022
at *(city and state)* New York City, NY.

Date: 11/15/2022

*Arresting officer's signature*

SAMAD D. SHAHRANI, Special Agent
*Printed name and title*