AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRIAN PATRICK MIGLIORE

)
) Case: 1:22-cr-00365
) Assigned To : Nichols, Carl J.
) Assign. Date : 11/10/2022
) Description: Indictment (B)
) Related Case: 22-cr-257 (CJN)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN PATRICK MIGLIORE,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, OXYCODONE, AND MORPHINE;
FORFEITURE: 21 U.S.C. § 853(a), (p)

Date: 11/10/2022

G. Michael Harvey
2022.11.10
15:20:58 -05'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/14/2022, and the person was arrested on *(date)* 11/14/2022
at *(city and state)* New York City, NY.

Date: 11/15/2022

*Arresting officer's signature*

SAMAD D. SHAHRANI, Special Agent
*Printed name and title*

AB:NCG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>REMOVAL TO THE DISTRICT OF COLUMBIA</u> |
| - against - | (Fed. R. Crim. P. 5) |
| BRIAN PATRICK MIGLIORE, | Case No. 22-MJ-1224 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

SAMAD SHAHRANI, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about November 10, 2022, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of the defendant BRIAN PATRICK MIGLIORE, for violations of Title 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of methamphetamine, oxycodone, and morphine).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about November 10, 2022, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of the defendant BRIAN

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

PATRICK MIGLIORE, for violations of Title 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of methamphetamine, oxycodone, and morphine). A true and correct copy of the arrest warrant (the "Arrest Warrant") is attached hereto as Exhibit A. A true and correct copy of the indictment (the "Indictment") is attached hereto as Exhibit B.

2. On November 14, 2022, at approximately 8:58 p.m., the defendant BRIAN PATRICK MIGLIORE was arrested at John F. Kennedy International ("JFK") Airport pursuant to the Arrest Warrant. MIGLIORE was checked in for a flight departing to Rio de Janeiro, Brazil on the night of November 14, 2022.

3. Upon MIGLIORE'S arrest at JFK Airport, law enforcement agents asked him to provide his name and date of birth. The defendant identified himself as BRIAN MIGLIORE. Additionally, the date of birth that the defendant provided to law enforcement is consistent with the date of birth of the BRIAN PATRICK MIGLIORE wanted in the District of Columbia.

4. At the time of his arrival, the defendant had a New York state driver's license and passport with him. The New York state driver's license and passport are in the name of BRIAN MIGLIORE. The date of birth listed on the New York state driver's license and passport are also consistent with the date of birth of the BRIAN PATRICK MIGLIORE wanted in the District of Columbia.

5. Following the arrest of MIGLIORE, MIGLIORE waived his Miranda rights orally and in writing and agreed to speak with law enforcement agents. During the interview, he identified himself as BRIAN MIGLIORE.

6. I reviewed photographs of the BRIAN PATRICK MIGLIORE wanted in the District of Columbia on his social media accounts and in his New York state driver's license. The defendant's appearance is consistent with those photographs and of the photograph in the passport he had in his possession.

7. Based on the foregoing, I submit there is probable cause to believe that the defendant is the BRIAN PATRICK MIGLIORE wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant BRIAN PATRICK MIGLIORE be dealt with according to law.

*S/ Samad Shahrani*
SAMAD SHAHRANI
Special Agent, Federal Bureau of Investigation

Sworn to before me this
15 day of November, 2022

*S/ Roanne L. mann*
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| BRIAN PATRICK MIGLIORE | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

Case: 1:22-cr-00365
Assigned To : Nichols, Carl J.
Assign. Date : 11/10/2022
Description: Indictment (B)
Related Case: 22-cr-257 (CJN)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    BRIAN PATRICK MIGLIORE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, OXYCODONE, AND MORPHINE;
FORFEITURE: 21 U.S.C. § 853(a), (p)

Date: 11/10/2022

City and state:   WASHINGTON, D.C.

G. Michael Harvey
2022.11.10
15:20:58 -05'00'

*Issuing officer's signature*

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **BRIAN PATRICK MIGLIORE,** | : | **VIOLATIONS:** |
| Defendant. | : | 21 U.S.C. § 846 |
| | : | (Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, Oxycodone, and Morphine) |
| | : | **FORFEITURE:** |
| | : | 21 U.S.C. § 853(a), (p) |

**INDICTMENT**

Case: 1:22-cr-00365
Assigned To : Nichols, Carl J.
Assign. Date : 11/10/2022
Description: Indictment (B)
Related Case: 22-cr-257 (CJN)

The Grand Jury charges that:

**COUNT ONE**

From on or about March 2021 until the present, within the District of Columbia and elsewhere, **BRIAN PATRICK MIGLIORE**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a mixture and substance containing a detectable amount of oxycodone, and a detectable amount of morphine, all of which are Schedule II narcotic drug controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and 841(b)(1)(C).

Quantity of Methamphetamine Involved in the Conspiracy:

With respect to defendant **BRIAN PATRICK MIGLIORE** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct

of other members of the narcotics conspiracy charged in Count One, involved 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

**(Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, Oxycodone, and Morphine**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           -v-<br><br>_Brian Patrick Migliore<br>                              Defendant(s). | 22-MJ-1224<br><br>ORDER |

___Roanne L. Mann____, United States Magistrate Judge:

This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations.

The Government must disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" and that is known to the Government. *Id.* at 87. This obligation applies regardless of whether the defendant requests this information or whether the information would itself constitute admissible evidence. The Government shall disclose such information to the defense promptly after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case.

As part of these obligations, the Government must disclose any information that can be used to impeach the trial testimony of a Government witness within the meaning of *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny. Such information must be disclosed sufficiently in advance of trial in order for the defendant to make effective use of it at trial or at such other time as the Court may order.[1]

---

[1] This Order does not purport to set forth an exhaustive list of the Government's disclosure obligations.

The foregoing obligations are continuing ones and apply to materials that become known to the Government in the future. These obligations also apply to information that is otherwise subject to disclosure regardless of whether the Government credits it.

In the event the Government believes that a disclosure under this Order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of its obligations, which may include in camera review or withholding or subjecting to a protective order all or part of the information otherwise subject to disclosure.[2]

For purposes of this Order, the Government has an affirmative obligation to seek all information subject to disclosure under this Order from all current or former federal, state, and local prosecutors, law enforcement officers, and other officers who have participated in the prosecution, or investigation that led to the prosecution, of the offense or offenses with which the defendant is charged.

If the Government fails to comply with this Order, the Court, in addition to ordering production of the information, may:

(1) specify the terms and conditions of such production;

(2) grant a continuance;

(3) impose evidentiary sanctions;

(4) impose contempt or other sanctions on any lawyer responsible for violations of the Government's disclosure obligations, or refer the matter to disciplinary authorities;

(5) dismiss charges before trial or vacate a conviction after trial or a guilty plea; or

(6) enter any other order that is just under the circumstances.

---

[2] The Classified Information Procedures Act sets forth separate procedures to be followed in the event that the Government believes matters relating to classified information may arise in connection with the prosecution. *See* 18 U.S.C. app. 3 §§ 1 *et seq*.

SO ORDERED.

Dated: 11-15-2022
     BROOKLYN, NEW YORK

                                  ___Roanne L. Mann_____
                                  United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ☑

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 22-mj-1224 |
| Brian Patrick Miglione ) | |
| Defendant ) | Charging District's Case No. |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)  a hearing on any motion by the government for detention;

(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒  an identity hearing and ~~production of the warrant~~.

☐  a preliminary hearing.

☐  a detention hearing.

☐  an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/15/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

Michelle Gelernt
_____
Printed name of defendant's attorney

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**EASTERN** District of **NEW YORK**

| UNITED STATES OF AMERICA v. Brian Migliore | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 22-M-1224 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of  21  U.S.C. §  846

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**
Drug Trafficking Conspiracy

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF NEW YORK**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/18/2022
Date — United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: <u>1:22−mj−01224−RLM</u>−1

| | |
|---|---|
| Case title: USA v. Migliore | Date Filed: 11/15/2022 |
| | Date Terminated: 11/18/2022 |

Assigned to: Magistrate Judge Roanne L. Mann

**Defendant (1)**

| | | |
|---|---|---|
| **Brian Patrick Migliore**<br>*TERMINATED: 11/18/2022* | represented by | **Michelle A. Gelernt**<br>Federal Defenders of New York<br>One Pierrepont Plaza, 16th Floor<br>Brooklyn, NY 11201<br>718−330−1204<br>Fax: 718−855−0760<br>Email: <u>michelle_gelernt@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=ND.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Nina C. Gupta**<br>DOJ–USAO<br>Criminal Division<br>271–A Cadman Plaza East<br>Brooklyn, NY 11217<br>718–254–6257<br>Email: nina.gupta@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 11/15/2022 | 1 | RULE 40 AFFIDAVIT by USA as to Brian Patrick Migliore by Affiant Samad Shahrani (MS) (Entered: 11/16/2022) | |
| 11/15/2022 | | Arrest (Rule 40) of Brian Patrick Migliore (MS) (Entered: 11/16/2022) | |
| 11/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann: For a Removal to the District of ColumbiaArraignment as to Brian Patrick Migliore (1) Count Complaint held on 11/15/2022, Attorney Appointment Hearing as to Brian Patrick Migliore held on 11/15/2022, Initial Appearance in Rule 5(c)(3) Proceedings as to Brian Patrick Migliore held on 11/15/2022. AUSA N. Gupta; Federal Defender Michelle Gelernt.Rule 5f Brady Act ordered on the record. NO bail package was presented at this time. A temporary order of detention entered by the Court. Waiver of RUle 5 will be addressed on Friday at the bail hearing which will be held at 11am in Courtroom 2A. (FTR Log #3:49–3:56.) (MS) (Entered: 11/16/2022) | |
| 11/15/2022 | 2 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. as to Brian Patrick Migliore. Ordered by Magistrate Judge Roanne L. Mann on 11/15/2022. (MS) (Entered: 11/16/2022) | |
| 11/15/2022 | 3 | CJA 23 Financial Affidavit by Brian Patrick Migliore (MS) (Entered: 11/17/2022) | |
| 11/15/2022 | 4 | TEMPORARY COMMITMENT Issued as to Brian Patrick Migliore. Detention hearing set for 11–18–22 @ 11am before the Duty Magistrate Judge in courtroom 2A (MS) (Entered: 11/17/2022) | |
| 11/18/2022 | | Minute Entry for proceedings held before Magistrate Judge Marcia M. Henry:Detention Hearing as to Brian Patrick Migliore held on 11/18/2022. (FTR Log #111;28–12;02 pm crtrm 2A.) AUSA Nina Gupta present. Defendant present w/ counsel Michlle Gelernt. Defense counsel presented a bail package. Gov't opposed. Court denied bail for reasons stated on the record. Commitment order to Dist. of Columbia entered. Defendant waived identity hearing. (SY) (Entered: 11/18/2022) | |
| 11/18/2022 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Brian Patrick Migliore. Defendant committed to District of District of Columbia.. Ordered by | |

| | | |
|---|---|---|
| | | Magistrate Judge Marcia M. Henry on 11/18/2022. (SY) (Entered: 11/18/2022) |
| 11/18/2022 | 6 | WAIVER of Rule 5(c)(3) Hearing by Brian Patrick Migliore (SY) (Entered: 11/18/2022) |