UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | No. 22-CR-365 (CJN) |
| ) | |
| **BRIAN MIGLIORE,** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Early Termination of Supervised Release, and finding good cause shown, it is hereby ORDERED that the motion is **GRANTED**. Mr. Migliore's term of supervised release is hereby terminated, effective immediately.

DATE: _____

_____
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE